IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02678-MSK-BNB

HABAKKUK AMMISHADDAI,

Plaintiff,

v.

YOUTHBIZ, INC., and
SONYA GARCIA-ULIBARRI, individually,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Amend Complaint** [docket no. 13, filed March 4, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint and Jury Demand.


DATED: March 5, 2010